Fill in this information to identify the case:

Debtor 1 __Yisel Sanchez__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number __23-20386-CLC__

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no**. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2687

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

✔ No

☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 5/9/2024 | (5) | $ 240.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 12/21/2023 | (11) | $ 285.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

Debtor 1  Yisel Sanchez
         First Name   Middle Name   Last Name

Case number (if known) 23-20386-CLC

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Jennifer Laufgas
Signature

Date 6/3/2024

Print: Jennifer Laufgas
      First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Aldridge Pite, LLP

Address: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
         Number                Street
         Atlanta                              GA      30305
         City                                 State   ZIP Code

Contact phone ( 404 ) 994 – 7400

Email jlaufgas@aldridgepite.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I caused a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges to be served electronically or via U.S. Mail, first-class postage prepaid, to:

**SERVICE LIST**

**DEBTOR(S)**
**(VIA US MAIL)**

Yisel Sanchez
19322 SW 119TH CT
Miami, FL 33177-4393

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Jose A Blanco
eservice@blancopa.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy K. Neidich
e2c8f01@ch13miami.com

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dated: June 10, 2024

/s/ Jennifer Laufgas
Jennifer Laufgas, FL Bar No. 56181
Aldridge Pite, LLP
Attorney for Secured Creditor
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (561) 288-6815
Fax: (888) 873-6147
Email: jlaufgas@aldridgepite.com

- 1 -

PROOF OF SERVICE